| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF WISCONSIN |
|---|---|

KARL W.P. SAWYER

          Plaintiff,

                              Case No.2:22-CV-00456

v.

NICHOLAS SCHAD and
TOWN OF EAST TROY,

          Defendants.

## STIPULATION

Plaintiff, Karl W.P. Sawyer ("Sawyer"), by his attorney, Law Offices of Anthony A. Coletti, S.C., by Anthony A. Coletti, Esq., and the Defendants, Town of East Troy (the "Town") and Nicholas Schad ("Schad"), by their attorneys, Kasdorf, Lewis & Sweitlik, S.C., by Thomas Cabush, Esq., hereby stipulate and agree as follows:

1.    Plaintiff shall name expert witnesses on or before April 1, 2023. Plaintiff shall also provide a report from each witness named on or before April 1, 2023.

2.    Defendants shall name expert witnesses on or before August 1, 2023. Defendants shall also provide a report from each witness named on or before August 1, 2023.

3.    Dispositive motions by either party must be filed on or before August 1, 2023.

                              Dated this 2nd day of February, 2023.

                              Law Offices of Anthony A. Coletti, S.C.
                              Attorney for Plaintiff, Karl W.P. Sawyer

                              /s/ Anthony A. Coletti

                              By:    Anthony A. Coletti, Esq.
                                        State Bar No. 1018646

1

Dated this 2nd day of February, 2023.

Kasdorf, Lewis & Sweitlik, S.C..
Attorney for Defendants, Nicholas Schad
and Town of East Troy

/s/ Thomas Cabush

_____
By: Thomas Cabush, Esq.
     State Bar No. 1019433

Drafted by:
Anthony A. Coletti, Esq.
State Bar No. 1018646