

Direct Line: (414) 577-4027
E-Mail: tcabush@kasdorf.com

October 11, 2023

Honorable Lynn Adelman
United States District Court
Eastern District of Wisconsin
517 E. Wisconsin Ave.
Milwaukee, WI 53202

   Re: Karl W. Sawyer v. Town of East Troy
     Case Number:  2:22-cv-00456
     Our File Number: 2158.234703

Dear Judge Adelman:

The parties have agreed to mediate the above-referenced case with retired Magistrate Judge David Jones. We have scheduled the mediation for January 12, 2024.

The only current Scheduling Order deadlines we have in place are Defendant's expert witnesses due November 11, 2023 and dispositive motions due November 11, 2023. The parties request that these current deadlines be suspended until after the mediation. If the mediation is unsuccessful, then we will ask the court for a new dispositive motion and expert witness deadline.

I am authorized to indicate that Plaintiff's counsel, Anthony Coletti, agrees with the content of this letter.

    Yours very truly,

    *Thomas A Cabush*

    Thomas A. Cabush

TAC/kdg

cc: Attorney Anthony A. Coletti tony@colettilaw.com